UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOANNE DAVIS,

    Plaintiff,

v.

JACKSON COUNTY MUNICIPAL
COURT, *et al.*,

    Defendant.

Case No. 2:11-CV-00919
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

On November 21, 2012, Defendants filed their Motion for Summary Judgment. Plaintiff filed her Memorandum in Opposition to this Motion on December 17, 2012. Within her Memorandum, Plaintiff cites heavily to her deposition testimony.[1] Based on the Court's review of the docket, it does not appear that either party actually filed Plaintiff's deposition testimony with the Court.[2] In light of these circumstances, Plaintiff is **DIRECTED** to file her deposition testimony with the Court by **MONDAY APRIL 8, 2013**. Any objection to the Court's consideration of Plaintiff's Deposition should also be made by this date.

**IT IS SO ORDERED.**

4-4-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Defendants also cite to Plaintiff's deposition testimony at least once in moving for summary judgment. (Mot. Summ. J. 6, ECF No. 33.)

[2] On January 7, 2013, Plaintiff did file the deposition testimony of Vicky Harper, Judge Mark Musick, and Donald Ray Venatter.