UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOANNE DAVIS,

      **Plaintiff,**

v.

JACKSON COUNTY MUNICIPAL
COURT, *et al.*,

      **Defendant.**

Case No. 2:11-CV-00919
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

In light of discussion at the April 30, 2013 Settlement Conference, the Court will alter its December 14, 2012 Trial Scheduling Order as follows:

- The parties shall have until **MAY 13, 2013** to inform the Court whether they intend to handle exhibits electronically; to submit statements of witnesses, designations of deposition portions, exhibits lists, and stipulations; and to serve proposed case-specific jury instructions on opposing counsel.

- The parties shall have until **MAY 20, 2013** to file agreed upon jury instructions, proposed case specific jury instructions, and motions in limine.

- The parties shall have until **MAY 23, 2013** to file memorandum contra motions in limine and objections to case specific jury instructions.

The remaining deadlines, including the May 30, 2013 Final Pretrial Conference and the June 10, 2013 Trial Date, shall remain the same.

**IT IS SO ORDERED.**

4-30-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE