UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOANNE DAVIS,

    Plaintiff,

v.

JACKSON COUNTY MUNICIPAL
COURT, *et al.*,

    Defendant.

Case No. 2:11-CV-00919
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

The parties have reported that they have reached a settlement in this case. In light of this information, the Court's pending trial schedule is hereby **VACATED**. The parties are **DIRECTED** to submit a **JOINT STATUS REPORT** within **THIRTY (30) DAYS** of this Order, unless a dismissal entry is filed prior to this date.

**IT IS SO ORDERED.**

5-1-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE